# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

G. THOMAS PORTEOUS, JR., United )
States District Judge for the Eastern )
District of Louisiana, )
     )
          **Plaintiff,** )
     )
          **v.** )    **Civil Case No. 09-2131 (RJL)**
     )
ALAN I. BARON, Special Counsel, )
Impeachment Task Force, Committee on )
the Judiciary, United States House of )
Representatives, *et al.*, )
     )
          **Defendants.** )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this **2ⁿᵈ** day of August, 2010, it is hereby

**ORDERED** that the Defendants' Motion to Dismiss [#7] is **GRANTED**; it is further

**ORDERED** that Plaintiff G. Thomas Porteous, Jr.'s Motion for a Temporary Restraining Order and Preliminary Injunction [#2] is **DENIED**; and it is further

**ORDERED** that the case is **DISMISSED** for lack of subject matter jurisdiction.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge